RECEIVED

FEB 2 7 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PRAFUL PATEL,<br>Petitioner | CIVIL ACTION<br>NO. 1:14-CV-00779 |
| VERSUS | |
| D.C. COLE, et al.,<br>Respondents | JUDGE STAGG<br>MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Patel's habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ___Shreveport___, Louisiana, on this 27th day of February 2015.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE